Fifth Circuit granted. *Solicitor General Fahy* for petitioner. *Mr. Maurice Kay* for respondent.

No. 588. ALABAMA STATE FEDERATION OF LABOR, LOCAL UNION No. 103, ET AL. *v.* MCADORY, SOLICITOR OF JEFFERSON COUNTY, ET AL. November 20, 1944. Petition for writ of certiorari to the Supreme Court of Alabama granted. *Messrs. Horace C. Wilkinson, Joseph A. Padway,* and *Herbert S. Thatcher* for petitioners. *Mr. William N. McQueen,* Attorney General of Alabama, for respondents.

No. 610. ANGELUS MILLING Co. *v.* COMMISSIONER OF INTERNAL REVENUE. December 4, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Prew Savoy* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Newton K. Fox,* and *Miss Helen R. Carloss* for respondent.

No. 613. INLAND EMPIRE DISTRICT COUNCIL, LUMBER & SAWMILL WORKERS UNION, ET AL. *v.* MILLIS, CHAIRMAN, ET AL. December 4, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Messrs. George E. Flood, Joseph A. Padway,* and *James A. Glenn* for petitioners. *Solicitor General Fahy, Messrs. Alvin J. Rockwell, Owsley Vose,* and *Miss Ruth Weyand* for the National Labor Relations Board, respondent.

No. 629. COMMISSIONER OF INTERNAL REVENUE *v.* WEMYSS. December 4, 1944. Petition for writ of certio-